# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:08-cr-179 |
| ) | Judge Trauger |
| JOHN MOTLEY ) | |

## ORDER

It is hereby ORDERED that the revocation hearing set for Friday, June 28, 2024 is CONTINUED, to be reset by later order of the court.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge